FRANK DALE MASCARENA
3165 KING AVE EAST
BILLINGS, MT. 59101

# IN THE
# UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MONTANA BILLINGS DIVISION

| | |
|---|---|
| IN THE MATTER OF<br>FRANK MASCARENA<br>ON BEHALF OF ALL OTHERS<br>SIMILARLY SITUATED<br><br>PETITIONER \| PLAINTIFF<br><br>VS<br><br>JUDGES OF THE<br>MONTANA THIRTEENTH JUDICIAL<br>DISTRICT COURT YELLOWSTONE<br>COUNTY<br><br>RESPONDENT \| DEFENDANT | CASE NO<br><br>JUDGE<br><br><br><br>COMPLAINT |

## 1. JURISDICTION AND VENUE

1. THIS IS A CIVIL ACTION AUTHORIZED BY 42 U.S.C SECTION 1983 TO REDRESS, THE DEPRIVATION UNDER COLOR OF STATE LAW, OF RIGHTS SECURED BY THE UNITED STATES CONSTITUTION. THE COURT HAS JURISDICTION UNDER 28 U.S.C SECTION 1331 AND 1343 (a)(3). PLAINTIFF FRANK MASCARENA SEEKS DECLERATORY RELIEF

(1)

PURSUANT TO 28 U.S.C 2201 AND 2202 AND INJUNCTIVE RELIEF UNDER 28 U.S.C SECTION 2283 AND 2284 AND RULE 65 OF THE FEDERAL RULES OF CIVIL PROCEDURE. THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MONTANA BILLINGS DIVISION IS THE APPROPRIATE VENUE UNDER 28 U.S.C SECTION 1391 (b)(2) BECAUSE IT IS WHERE THE EVENTS GIVING RISE TO THE CLAIMS AROSE. FURTHERMORE THIS COMPLAINT HOLDS "CLASS ACTION ALLEGATIONS".

## 2. PLAINTIFFS

2. LEAD PLAINTIFF FRANK MASCARENA IS AND WAS AT ALL TIMES MENTIONED HEREIN AN INMATE AT YELLOWSTONE COUNTY DETENTION CENTER UNDER THE JURISDICTION OF THE 13TH DISTRICT JUDGES. THE REST OF THE PLAINTIFFS WHO MAKE UP THE CLASS ARE THOSE EITHER SIMILARLY SITUATED AND OR INCARCERATED UNDER JUDGE ROD SOUZAS JURISDICTION AND OR ANY OTHER JUDGE WHO KNOWS ABOUT THIS CIVIL RIGHTS VIOLATION AND IS ALLOWING IT TO CONTINUE. THESE PLAINTIFFS MUST BE FIGURED THRU INVESTIGATORS.

## 3. DEFENDANTS

3. THE DEFENDANTS ARE THE JUDGES WHO KNOW OF THIS SITUATION IN THE 13TH DISTRICT COURT AND ALLOW THIS TO FURTHER.

2

### 4. FACTS

4. AROUND MAY 31ST THE PLAINTIFF FRANK MASCARENA RECIEVED MAIL BACK FROM THE 13TH JUDICIAL DISTRICT COURT CLERK. CIVIL LAWSUITS THAT WERE FILED ON MAY 27TH WERE ALL 3 FILED UNDER THE JURISDICTION OF ROD SOUZA. 1 OF THE 3 LAWSUITS WAS AGAINST ROD SOUZA FOR REASONS EXPLAINED IN THAT LAWSUIT. ANOTHER WAS AGAINST DEPUTY COUNTY ATTORNEY BENJAMINE LANGFORD. ANOTHER ON OFFICER HILDE OF B.P.D STREET CRIMES UNIT. ALL 3 WERE DERIVED FROM ROD SOUZAS CRIMINAL PROCEDURES.

### 5. FACTS

5. MASCARENA HAS SINCE FILED NUMEROUS MOTIONS TO OTHER DISTRICT JUDGES IN HOPES THAT SOMEBODY WOULD HOLD SOUZA ACCOUNTABLE BUT SO FAR NOBODY HAS HELD HIM ACCOUNTABLE FOR HIS ACTIONS.

### 6. FACTS

6. JUNE 9TH DURING 2 SEPERATE COURT HEARINGS THE LEAD PLAINTIFF MASCARENA CITED TO JUDGE THE M.C.A

STATUTES 3-1-803 PLUS 3-1-805 PLUS 3-1-1502 AND 3-1-501(2) AND AFTER THE EARLY MORNING PROCEDURE SOUZA CITED STATUTE 3-1-804 AND CLAIMED HE HAS THE RIGHT UNDER THAT STATUTE TO PRESIDE AS JUDGE IN OR OVER ALL THE CASES BOTH CRIMINAL AND CIVIL.

### 7. FACTS

7. DURING THE AFTERNOON VIDEO COURT AROUND 2:00 THAT SAME DAY MASCARENA WATCHED AS SOUZA HELD MANY OTHERS ACCOUNTABLE JUST AS HE HAD DONE EARLY THAT MORNING. MASCARENA QUESTIONED HIM AND DEPUTY COUNTY ATTORNEY BENJAMINE LANGFORD ABOUT THE CIVIL RIGHTS VIOLATIONS THEY ARE BOTH PARTAKING IN THEN A CLERK EXPLAINED THAT JUDGE MOSES NOW HAD POSSESION OF THE CIVIL LAWSUITS.

### 8. FACTS

8. JUNE 23RD THE LEAD PLAINTIFF WAS TRANSPORTED TO A HEARING IN THAT WHICH JUDGE ROD SOUZA PRESIDED IN. DURING THE HEARING MASCARENA ASKED JUDGE SOUZA IF MASCARENA WAS ALLOWED TO SUE A JUDGE

(4)

THEN JUDGE SOUZA SAID YES. THEN THE LEAD PLAINTIFF ASKED JUDGE SOUZA IF THE SAME JUDGE MASCARENA FILED A LAWSUIT AGAINST WAS ABLE TO PRESIDE AS JUDGE IN THE SAME LAWSUIT THAT MASCARENA FILED AGAINST HIM, AND SOUZA SMILED AND SAID YES.

9. FACTS

9. IF CERTAIN JUDGES KNOW ABOUT THIS SITUATION AND ARE STILL SENTENCING INDIVIDUALS AND SETTING BONDS AND HOLDING COURT PROCEDURES THEN TURNING THERE HEADS IN HOPES THAT MASCARENA WILL GIVE UP HIS FIGHT FOR HIS RIGHT TO BE FREE FROM CRUEL AND UNUSUAL PUNISHMENT THEN AT THE SAME DAY HOLD OTHER AMERICANS ACCOUNTABLE FOR CRIMES THEY ARE ACCUSED OF THEN THIS WILL ONLY MAKE MASCARENA FIGHT HARDER FOR NOT HIMSELF BUT FOR OUR FOUNDING FATHERS WHO SACRAFICED THEMSELVES TO DESIGN A CONSTITUTION SO THAT WE ARE NOT ABLE TO GET AWAY WITH THE THINGS JUDGE SOUZA IS GETTING AWAY WITH THRU NEPOTISM

10. FACTS

10. YET MORE IMPORTANTLY IS THE MEMBERS OF THE CLASS WHO DESERVE TO BE TREATED FAIRLY AND MASCARENA FIGHTS FOR THERE RIGHTS AND KNOWING WHAT HE IS UP AGAINST ONLY PUTS HIM MORE IN TOUCH WITH HIS FOUNDING FATHERS OF THIS NATION.

11. DENIAL OF 8TH AMENDMENT

11. EACH INDIVIDUAL PLAINTIFF HAS BEEN DENIED EQUAL PROTECTION OF THE LAWS. CERTAIN JUDGES MUST KNOW OF THIS AND EITHER AN INVESTIGATION INTO JUDGE SOUZA IS AT HAND OR ELSE NEPOTISM IS STRUCTURED. THE LEAD PLAINTIFF HAD MORE HIGH HOPES IN THE JUDGES OF THE 13TH DISTRICT COURT. EITHER WAY SOUZA HAS BROKEN HIS OATH OF OFFICE.

12. EXAUSTION OF REMEDIES

12. THE LEAD PLAINTIFF MASCARENA HAS FILED NUMEROUS MOTIONS INCLUDING CHANGES OF VENUE ALONG WITH TEMPORARY RESTRAINING ORDER AND INJUNCTIONS YET SOUZA IS STILL ALLOWED TO PRESIDE AS JUDGE. THIS IS THE REASON THE LEAD PLAINTIFF HAS LOST ALL HOPE IN THE 13TH DISTRICT JUDGES.

13. CLAIMS FOR RELIEF

13. THE ACTIONS OF THE DEFENDANTS ARE NOT ONLY DONE MALICIOUSLY AND SADISTICALLY BUT UNCONSTITUTIONALLY. AND ARE CRUEL AND UNUSUAL

## 14 RELIEF REQUESTED

14. WHEREFORE, PLAINTIFF REQUEST THAT THE COURT GRANT THE FOLLOWING RELIEF:

A. ISSUE A DECLARATORY JUDGEMENT STATING THAT:
1. THE ACTIONS OF THE DEFENDANTS VIOLATE THE PLAINTIFFS OF THE CLASS UNDER THERE OWN AND JUDGE ROD SOUZAS JURISDICTION. THIS VIOLATES EACH MEMBERS 8TH AMENDMENT.

B. ISSUE AN INJUNCTION ORDERING THE 13TH DISTRICT COURT TO:
1. RELEASE CERTAIN INDIVIDUALS WHO HAVE BEEN TRIED MAINLY BY JUDGE ROD SOUZA SINCE MAY 27TH 2022.
2. REDRESS CERTAIN INDIVIDUALS AND RE SENTENCE THEM FAIRLY THRU DUE PROCESS.

C. AWARD COMPENSATORY AND PUNITIVE AWARD.
1. THIS IS LEFT OPEN FOR A CIVIL LAWYER TO FIGURE.

F. GRANT SUCH OTHER RELIEF AS IT MAY APPEAR THE PLAINTIFFS ARE ENTITLED.

RESPECTFULLY SUBMITTED BY
FRANK DALE MASCARENA
JUNE 30 2022  8:59PM

I HAVE READ THE FOREGOING COMPLAINT AND HEREBY VERIFY THAT THE MATTERS ALLEGED THEREIN ARE TRUE, EXCEPT TO MATTERS ALLEGED ON INFORMATION AND BELIEF, AND AS TO THOSE I BELIEVE THEM TO BE TRUE, I CERTIFY UNDER THE PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.

EXECUTED AT YELLOWSTONE COUNTY DETENTION CENTER JUNE 30TH 2022  9:09 PM
3165 KING AVE EAST BILLINGS MT 59101

FRANK DALE MASCARENA

(7)